DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACOB DAMERGI,**
Appellant,

v.

**RENEE LOAYZA-DAMERGI,**
Appellee.

No. 4D16-1050

[July 6, 2017]

CORRECTED OPINION

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 2014DR007799.

Michael J. Dunleavy of Law Offices of Michael J. Dunleavy, P.A., Pompano Beach, for appellant.

John F. Schutz of Schutz & White, LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CONNER, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***